FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 AUG 20 PM 5:07

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
        Plaintiff, )
        v. )
JAMIE EUGENE TUGGLE, )
        Defendant. )

4:13CR3109

INDICTMENT
(21 U.S.C. §§ 841(a)(1),
841(b)(1) and 853)

The Grand Jury Charges:

## COUNT I

On or about June 30, 2013, in the District of Nebraska, JAMIE EUGENE TUGGLE, the defendant herein, did knowingly and intentionally possess with the intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

## FORFEITURE ALLEGATION

On or about June 30, 2013, in the District of Nebraska, JAMIE EUGENE TUGGLE, the defendant herein, used or intended to use the following in furtherance of illegal drug activity: $301.00 in United States currency; to commit and or facilitate a controlled substance violation, to wit: possession with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1), as alleged in Count I of this Indictment; and alternatively, said currency constitutes proceeds and was derived from proceeds obtained directly and indirectly as a result of the commission of said controlled substance violation. By virtue of the commission of the offense set forth in Count I herein, any and all interest JAMIE EUGENE TUGGLE, has in the above described currency hereby vests in the United States and should be forfeited to the same.

In violation of Title 21, United States Code, Section 853.

A TRUE BILL

~~[redacted]~~
Foreperson

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that the trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
SARA E. FULLERTON
Assistant United States Attorney