# Memorandum

| Subject | Date |
|---|---|
| UNSEALING OF INDICTMENT | October 9, 2013 |
| U.S. v. JAMIE EUGENE TUGGLE | |
| 4:13CR3109 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT | SARA E. FULLERTON |
| DISTRICT OF NEBRASKA | Special Assistant United States Attorney |

      Be advised that Defendant, JAMIE EUGENE TUGGLE, named in the Indictment listed above, is now in custody.   You may now unseal the criminal Indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4).